UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MGP ELECTRONICS, INC.,

    Plaintiff,

v.

AURORA CIRCUITS, L.L.C.,

    Defendant.
_____/

Case No. 14-cv-12780
Hon. Matthew F. Leitman

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR IN THE ALTERNATIVE TO TRANSFER VENUE (ECF #5)

On August 15, 2014, Defendant Aurora Circuits, L.L.C. ("Aurora Circuits") filed a motion to dismiss Plaintiff MGP Electronics, Inc.'s ("MGP") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3)  (*See* ECF #5.)  In the alternative, Aurora Circuits asked the Court to transfer venue in this action pursuant to 28 U.S.C. § 1406 and/or 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Illinois, Eastern Division.  (*See id.*) MGP opposed Aurora Circuits' motion to dismiss and its request to transfer venue. (*See* ECF #8.)  The Court reviewed the parties' written submissions and held oral argument on Aurora Circuit's motion on December 11, 2014.

For all of the reasons stated on the record, **IT IS HEREBY ORDERED** that Aurora Circuit's Motion to Dismiss Plaintiff's Complaint or in the Alternative to Transfer Venue is **DENIED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  December 15, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 15, 2014, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(313) 234-5113