UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MGP ELECTRONICS, INC.,

    Plaintiff,

vs.

Case No. 14-cv-12780
Hon. Matthew F. Leitman

AURORA CIRCUITS, INC.,

    Defendant.
_____/

## STIPULATED ORDER FOR DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS

The above named parties, by and through their respective attorneys, stipulate to an Order for Dismissal With Prejudice and on the merits of the above-entitled proceeding, and all of the Plaintiff's causes of action and claims for relief in said proceeding.

The Parties further stipulate and agree that they have completely settled and resolved all claims for costs, disbursements, and attorney's fees regarding this proceeding and that no additional costs, disbursements or attorney's fees can be awarded by the Court.

In accordance with this stipulation, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that all claims asserted in this case by Plaintiff against the Defendant are hereby dismissed with prejudice and on the merits.

**IT IS FURTHER ORDERED** that no costs, disbursements, or attorney's fees shall be awarded now or in the future to any party.

**IT IS FURTHER ORDERED** that this Order resolves all claims and closes the case.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 30, 2015

**IT IS SO STIPULATED.**

| | |
|---|---|
| /s/Charles R. Topping | s/Randall J. Gillary (with consent) |
| Charles R. Topping (6270745) | Randall J. Gillary (P29905) |
| FORNARO LAW | Kevin P. Albus (P53668) |
| Attorney for Defendant | RANDALL J. GILLARY, P.C. |
| 1022 S. La Grange Rd. | Attorneys for Plaintiff, |
| La Grange, IL 60525 | 201 W. Big Beaver Rd., Ste. 1020 |
| (708) 639-4320 | Troy, MI 48084 |
| Charles@fornarolaw.com | (248) 28-0440 |
| | Rgillary@gillarylaw.com |